<pre>
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                          WESTERN DIVISION


NORRIS LAMARR COLQUITT,          )   No. ED CV 12-01234-VBK
                                 )
             Plaintiff,          )   JUDGMENT
                                 )
     v.                          )
                                 )
MICHAEL J. ASTRUE,               )
Commissioner of Social           )
Security,                        )
                                 )
             Defendant.          )
_____)
</pre>

**IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

**IT IS ALSO ORDERED** that the matter is dismissed with prejudice.

DATED: April 19, 2013                    /s/
                                   VICTOR B. KENTON
                                   UNITED STATES MAGISTRATE JUDGE